```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
FRANCISCO FERREIRA, individually, and
on behalf of all others similarly
situated,

                Plaintiffs,            11 Civ. 2395 (DAB)
                                             ORDER
          v.

MODELL'S SPORTING GOODS, INC.,
and HENRY MODELL & COMPANY, INC.,

                Defendants.
----------------------------------------X
```

**DEBORAH A. BATTS, United States District Judge.**

On March 11, 2015, the Court held a Fairness Hearing to consider the final certification of the Settlement Classes and the substantive and procedural fairness of the terms of the Settlement based on Plaintiffs' Unopposed Motion for Final Approval of Class and Collective Action Settlement, for Award of Attorneys' Fees and Expenses, for Approval of Service Payments to the Class Representatives, and for Payment of the Claims Administrator's Costs and Expenses. The Court confirmed certification of the Settlement Classes, approved the settlement, and awarded the requested attorneys' fees, expenses, payment to the Claim's Administrator, and service payment to the Class Representative.

Accordingly, the Action and all claims against Defendants are hereby dismissed with prejudice.  The Clerk of Court is directed to close the docket in this case.

SO ORDERED.


Dated:    March 29, 2016
          New York, New York


_____
          Deborah A. Batts
       United States District Judge